UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2619

RUBEN MARTIN,

Plaintiff - Appellant,

versus

GOODYEAR AUTO SERVICE CENTER, a Division of
the Goodyear Tire and Rubber Company,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph R. McCrorey, Magistrate Judge.
(CA-94-3415-3-17BC)

Submitted:  April 17, 1997          Decided:  April 24, 1997

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ruben Martin, Appellant Pro Se.  Frank Barron Grier, III, GRIER LAW
FIRM, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals various pre-trial orders of the magistrate judge. We have reviewed the record and the magistrate judge's order awarding Appellant damages in his negligence suit against the Appellee and find no reversible error. Accordingly, we affirm the orders and judgment of the magistrate judge. <u>Martin v. Goodyear Auto Serv.</u>, No. CA-94-3415-3-17BC (D.S.C. Oct. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>